IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THEODORE A. ANDERSON                                                                    PETITIONER

v.                                    NO. 5:11CV00149 SWW

RAY HOBBS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Theodore A. Anderson is dismissed, and all requested relief is denied. Judgment will be entered for respondent Ray Hobbs.

IT IS SO ORDERED this 19th day of September 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE