IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THEODORE A. ANDERSON											PETITIONER

v.					NO. 5:11CV00149 SWW

RAY HOBBS, Director of the									RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs; all requested relief is denied.

IT IS SO ORDERED this 19th day of September 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE