IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| THEODORE A. ANDERSON, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | No. 5:11-cv-00149-SWW |
| | * | |
| | * | |
| | * | |
| RAY HOBBS, Director, | * | |
| Arkansas Department of Correction, | * | |
| | * | |
| Respondent. | * | |

## ORDER

The motion [doc.#26] of petitioner Theodore A. Anderson for reconsideration of this Court's Order [doc.#24] denying him a certificate of appealability has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 2nd day of November 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE